IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald Williams, II,  :
:
    Plaintiff(s),  :
:   Case Number: 1:11cv362
vs.  :
:   Chief Judge Susan J. Dlott
C. Harris, et al.,  :
:
    Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 5, 2011 a Report and Recommendation (Doc. 5). Subsequently, the plaintiff filed objections and a continued memorandum to such Report and Recommendation (Docs. 8 and 9).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's claims against defendants Harris, Brunsman and Hudson are **DISMISSED.**

    **IT IS SO ORDERED.**

    ___s/Susan J. Dlott_____
    **Chief Judge Susan J. Dlott**
    **United States District Court**