IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald Williams, II, :
:
      Plaintiff(s), :
:
:   Case Number: 1:11cv362
vs. :
:   Chief Judge Susan J. Dlott
C. Harris, et al., :
:
      Defendant(s). :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 2, 2012 Report and Recommendation (Doc. 31).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 35) and defendants filed a response to the objections (Doc. 36).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, defendants' motion for summary judgment (Doc. 24) is **GRANTED**.  Plaintiff's claims are dismissed based upon his inadequate exhaustion prior to filing suit and this case is hereby **CLOSED.**

      The Plaintiff's request for judgment against Defendant Hansford (Doc. 25) and Defendants' motion to strike (Doc. 29) are both **DENIED AS MOOT.**

      IT IS SO ORDERED.

                                       ___s/Susan J. Dlott_____
                                       Chief Judge Susan J. Dlott
                                       United States District Court